STATE OF NEW JERSEY v. SANTOS SANCHEZ.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KURT D. GIBBONS.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL HARRISON.

March 4, 1985.

Petitions for certification denied.

STATE OF NEW JERSEY v. JOHNEL SCOTT.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL LEROY WALKER.

March 4, 1985.

Petition for certification denied.